# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700341

_____

## UNITED STATES OF AMERICA
Appellee

v.

## DAVID D. WELLS
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel F.W. Hoover, USMC.
Convening Authority: Commanding General, 2d Marine Logistics
Group, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Andrea C. Goode,
USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 12 March 2018

_____

Before MARKS, JONES, and STINSON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court


R.H. TROIDL
Clerk of Court

